## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 510 EAL 2017
:
           Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
      v. : **Order** of the Superior Court at No.
: 3723 EDA 2015 entered on October
: 6, 2017, **reversing and remanding**
CHRISTOPHER KOLASKI, : the Order of the Philadelphia County
: Court of Common Pleas at No. CP-51-
          Petitioner : CR-0008572-2014 entered on
: November 19, 2015

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court for reconsideration in light of this Court's opinion in *Commonwealth v. Perfetto*, 7 EAP 2018.